**Miles L. WATERS, Plaintiff— Appellant,**

v.

**MOTOR VEHICLE ADMINISTRATION, Defendant— Appellee,**

and

**Larry Wescott; George Atkinson; Ralph Jackson, Fixed Assets Sup., Defendants.**

No. 05–1720.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2005.

Decided: Nov. 22, 2005.

Miles L. Waters, Appellant Pro Se. Leight Douglas Collins, Assistant Attorney General, Robert Carson Cain, II, Office of the Attorney General, Glen Burnie, Maryland, for Appellee.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Miles L. Waters appeals the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible

error. Accordingly, we affirm for the reasons stated by the district court. *See Waters v. Motor Vehicle Admin.*, Nos. CA–04–1254, CA–04–1255 (D.Md. Apr. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*